UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND, MILES E. BLOUNT, RICHARD BURNHAM, DEBORAH BURNHAM, KAREN A DEICH, ROBERT MCCLELLAN, MARIA PAZIENZA, NICHOLAS SANDS, JAMES WATERS and ANTHONY WILTEN,

Plaintiffs,

v. Case No: 8:16-cv-1133-T-36JSS

STOEL RIVES LLP, JODI JOHNSON, CHARLES CORCES, P.A. and CHARLES CORCES,

Defendants.
_____________________________________/

**ORDER**

This matter comes before the Court upon the Plaintiffs and Stoel Rives Defendants' Joint Notice of Pending Settlement and Request for Temporary Stay (Doc. 99), filed on May 3, 2017. Plaintiffs and the Stoel Rives Defendants indicate that an agreement has been reached to settle all of the Plaintiffs' claims against Stoel Rives. They, therefore, request that the Court stay all proceedings in this action against Stoel Rives until the settlement agreement is approved by the Receivership Court and finalized by the parties. The Court, having considered the motion and being fully advised in the premises will approve the Joint Notice of Pending Settlement and Request for Temporary Stay.

Accordingly, it is hereby

**ORDERED**:

1. The Joint Notice of Pending Settlement and Request for Temporary Stay (Doc. 99) is APPROVED.

2. This case is **STAYED** for ninety (90) days pending approval of the settlement agreement by the Receivership Court.

3. The Clerk is directed to terminate all pending motions and deadlines and administratively close this file. Upon the expiration of the ninety day period or sooner, any party may move to reopen this case and renew any previously pending motions.

**DONE AND ORDERED** in Tampa, Florida on May 4, 2017.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any